```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/7/2020_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, on behalf of herself and all others similarly situated,

                        Plaintiff,

-against-

CITY SPORTS, INC.,

                        Defendant.

20 Civ. 1601 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On March 2, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by May 4, 2020, in advance of the initial pretrial conference scheduled for May 11, 2020. ECF No. 6. Those submissions are now overdue.

      Accordingly, it is ORDERED that by **May 8, 2020**, at **12:00 p.m.**, the parties shall file their joint letter and proposed case management plan.

      SO ORDERED.

Dated: May 7, 2020
       New York, New York

                                                ANALISA TORRES
                                   United States District Judge