UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, on behalf of herself and all others similarly situated,

                          Plaintiff,

-against-

CITY SPORTS, INC.,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/7/2020_

20 Civ. 1601 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff's motion to adjourn the initial pretrial conference, ECF No. 10, is GRANTED. The initial pretrial conference scheduled for May 11, 2020, is ADJOURNED to **June 29, 2020**, at **11:20 a.m.** By **June 22, 2020**, the parties shall submit a joint letter and proposed case management plan.

    The Clerk of Court is directed to terminate the motion at ECF No. 10.

    SO ORDERED.

Dated: May 7, 2020
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge