```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/24/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, on behalf of herself and all others similarly situated,

                        Plaintiff,

-against-

CITY SPORTS, INC.,

                        Defendant.

20 Civ. 1601 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On May 7, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by June 22, 2020, in advance of the initial pretrial conference scheduled for June 29, 2020. ECF No. 11. Those submissions are now overdue.

      Accordingly, it is ORDERED that by **June 26, 2020**, at **12:00 p.m.**, the parties shall file their joint letter and proposed case management plan.

      SO ORDERED.

Dated: June 24, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge