```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS, on behalf of herself and all others similarly situated,

                          Plaintiff,

-against-

CITY SPORTS, INC.,

                          Defendant.

20 Civ. 1601 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Plaintiff's motion to adjourn the initial pretrial conference, ECF No. 16, is GRANTED. The initial pretrial conference scheduled for June 29, 2020, is ADJOURNED to **August 4, 2020**, at **12:00 p.m.** The conference will proceed telephonically. The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827. By **July 28, 2020**, either Plaintiff shall file her motion for default judgment, or the parties shall submit a joint letter and proposed case management plan.

      No further extensions or adjournments will be granted except for good cause shown.

      The Clerk of Court is directed to terminate the motion at ECF No. 16.

      SO ORDERED.

Dated: June 26, 2020
          New York, New York

                                          ANALISA TORRES
                                   United States District Judge